No. 81–1568.   LIEBERMAN *v.* UNIVERSITY OF CHICAGO ET AL.   C. A. 7th Cir.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari.

No. 81–5952.   MCKINNEY *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari.

No. 81–1583.   MEAD CORP. ET AL. *v.* ADAMS EXTRACT CO. ET AL.   C. A. 5th Cir.   Certiorari denied.   JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–1616.   TOYOTA MOTOR CO., LTD., ET AL. *v.* GENERAL MOTORS CORP.   C. A. 6th Cir.   Motion of National Business Systems, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 81–1626.   GREEN ET AL. *v.* REGAN, SECRETARY OF THE TREASURY, ET AL.   C. A. D. C. Cir.   Motion of petitioners to expedite consideration of the petition for writ of certiorari and to consolidate this case with No. 81–1, *Goldsboro Christian Schools, Inc.* v. *United States,* and No. 81–3, *Bob Jones University* v. *United States* [certiorari granted, 454 U. S. 892], denied.   Certiorari before judgment denied.

No. 81–1667.   ANDERSON, WARDEN *v.* CONNER.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   F. 2d 916.

No. 81–6112.   FENDLER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.